IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>RICHARD WALKER,<br><br>                  Defendant. | Case No. 23-CR-30012-SPM |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

On March 24, 2023, a grand jury returned a Superseding Indictment charging Defendant Richard Walker with one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g) (Count I) and one count of possession with intent to distribute a controlled substance (fentanyl) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Count II) (Doc. 17). The Government now moves to dismiss Count I of the Superseding Indictment without prejudice. (Doc. 74).

The Government's Motion to Dismiss Indictment (Doc. 74) is **GRANTED**. The Indictment against Defendant Richard Walker is **DISMISSED without prejudice** pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED:   November 17, 2025

s/ *Stephen P. McGlynn*
STEPHEN P. McGLYNN
U.S. District Judge
